**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 20-CIV-80123-RAR

MARIA MAGDALENA ALVAREZ GALVEZ, individually and as the Guardian of her minor children, HEISHA MUNOZ and CLAMIL MUNOZ, *et al.*,

    Plaintiffs,

v.

FANJUL CORP. and CENTRAL ROMANA CORPORATION, LTD.,

    Defendants.

_____/

**DEFENDANT FANJUL CORP.'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Defendant Fanjul Corp. ("**Fanjul**") makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:  Fanjul has no parent company, and there are no publicly held corporations that own 10% or more of its stock.

Dated:  March 31, 2020

Respectfully submitted,

*/s/ Richard D. Shane*
Richard D. Shane, Esq.  (FBN 70611)
rdshane@duanemorris.com
DUANE MORRIS LLP
201 South Biscayne Boulevard, Suite 3400
Miami, FL 33131
Tel: (305) 960-2200

Robert M. Palumbos, Esq. (admitted *pro hac vice*)
rmpalumbos@duanemorris.com
30 South 17th Street
Philadelphia, PA 19103
Tel: (215) 979-1000

*Attorneys for Defendant Fanjul Corp.*