UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-80123-RAR

MARIA MAGDALENA ALVAREZ GALVEZ, individually and as the Guardian of her minor children, HEISHA MUNOZ and CLAMIL MUNOZ, *et al*.,

    Plaintiffs,

v.

FANJUL CORP. and CENTRAL ROMANA CORPORATION, LTD.,

    Defendants.
_____/

## **DEFENDANT FANJUL CORP.'S CERTIFICATE OF INTERESTED PARTIES**

Defendant Fanjul Corp. ("Fanjul"), pursuant to the Court's Order Requiring Joint Scheduling Report and Certificates of Interested Parties [D.E. 42],[1] provides the following list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party:

    1.    Fanjul Corp. – Defendant

    2.    Central Romana Corporation, Ltd. – Defendant

    3.    Agro-Industrial Management, Inc. – Subsidiary of Fanjul Corp.

---

[1] Fanjul filed its Rule 7.1 Corporate Disclosure Statement on March 31, 2020.  [D.E. 16].

4. Duane Morris LLP – Counsel for Fanjul[2]

5. Robert M. Palumbos, Esq. – Counsel for Fanjul

6. Richard D. Shane, Esq. – Counsel for Fanjul

7. Rasco Klock Perez & Nieto, P.L. – Counsel for Central Romana Corporation, Ltd.

8. Joseph P. Klock, Jr. – Counsel for Central Romana Corporation, Ltd.

9. Juan Carlos Antorcha, Esq. – Counsel for Central Romana Corporation, Ltd.

10. Susan E. Klock, Esq. – Counsel for Central Romana Corporation, Ltd.

11. Curphey Law, LLC – Counsel for Plaintiffs

12. Shauna M. Curphey, Esq. – Counsel for Plaintiffs

13. Law Offices of Robert T. Vance, Esq. – Counsel for Plaintiffs

14. Robert T. Vance, Jr., Esq. – Counsel for Plaintiffs

Dated:  November 16, 2020

Respectfully submitted,

/s/ Richard D. Shane
Richard D. Shane, Esq.  (FBN 70611)
rdshane@duanemorris.com
DUANE MORRIS LLP
201 South Biscayne Boulevard, Suite 3400
Miami, FL 33131
Tel: (305) 960-2200

Robert M. Palumbos, Esq. (admitted *pro hac vice*)
rmpalumbos@duanemorris.com
30 South 17th Street
Philadelphia, PA 19103
Tel: (215) 979-1000

*Attorneys for Defendant Fanjul Corp.*

DM1\11517935

---

[2] Fanjul's law firm and undersigned counsel are included in this disclosure but do not have a financial interest in the outcome of this case.